```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 00914
  JIMMIE MYERS
  DONNA M MYERS                                CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-6662    SSN XXX-XX-7803
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 02/03/06 and confirmed on 03/24/06.

   2. The case was converted to Chapter 7 after confirmation, 02/28/2008.

   3. The Debtor paid a total of $  22780.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 8420.29 | .00 | 8420.29 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 4552.40 | .00 | 2520.00 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED VEHIC | 2033.75 | .00 | 1163.81 |
| FORD MOTOR CREDIT CO | UNSECURED | 9552.83 | .00 | 5603.01 |
| SMC | UNSECURED | 274.47 | .00 | 160.98 |
| CITY OF CHICAGO | UNSECURED | 640.00 | .00 | 375.38 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| LAGRANGE MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1133.55 | .00 | 664.86 |
| ALL POWER SEWER SVC | UNSECURED | NOT FILED | .00 | .00 |
| RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| THORNTON AMERICAS HOLDIN | UNSECURED | 1670.97 | .00 | 980.07 |
| VON MAUR | UNSECURED | 209.20 | .00 | 108.71 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 865.28 | .00 | 507.51 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 15006.44 | .00 | 14346.30 | .00 | 29352.74 |
| PRINCIPAL PAID | 12104.10 | .00 | 8400.52 | .00 | 20504.62 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 12104.10 | .00 | 8400.52 | .00 | 20504.62 |

The Debtor's attorney, RICHARD S BASS                , was allowed $  2900.00
and was paid $   1400.00  direct and $   1500.00  through the plan.

The Trustee received $     775.38 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE